IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Criminal No. 06-00163-CG** |
| | * |
| **LAWANDA T. WILLIAMS** | * |
| | * |
| **Defendant.** | * |
| | * |

## ORDER

Upon motion of the United States to dismiss the 2005 Franklin Homes Hampton Bay Mobile Home, Serial No. ALFRH26412077AB, from the Order of Forfeiture, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the 2005 Franklin Homes Hampton Bay Mobile Home, Serial No. ALFRH26412077AB, is **DISMISSED** from the Order of Forfeiture and is to be released to the lien holder, 21st Mortgage Corporation, Post Office Box 477, Knoxville, Tennessee 37901.

**DONE** and **ORDERED** this 9th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE