IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Criminal No. 06-00163-CG |
| | * |
| LAWANDA T. WILLIAMS | * |
| | * |
| Defendant. | * |
| | * |

**ORDER TO DISMISS**

Upon motion of the United States to dismiss the 2001 Ford Taurus, VIN FAFP53U21A127030, from the Order of Forfeiture, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the 2001 Ford Taurus, VIN FAFP53U21A127030, is DISMISSED from the Order of Forfeiture and is to be released to the lien holder, Action Auto Sales, through its attorney Richard Maples, Jr.

So ORDERED, this 25th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE